## SLINKARD v. SENTINEL PRINTING COMPANY.

[No. 11,805. Filed January 30, 1925. Rehearing denied May 12, 1925.]

From Sullivan Circuit Court; *Walter F. Wood*, Judge.

Action between William L. Slinkard and the Sentinel Printing Company. From the judgment rendered, the former appeals. *Affirmed*. By the court in banc.

*Slinkard & Slinkard* and *Charles D. Hunt,* for appellant.

*William A. Pickens, Linton A. Cox, Earl B. Conder* and *William A. Bain,* for appellee.

REMY, J.—Affirmed on authority of *Chastain* v. *Board, etc.* (1918), 68 Ind. App. 162, 119 N. E. 1007.